FILED'05 DEC 14 16:49USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PORTLAND AREA UFCW LOCAL 555 EMPLOYERS HEALTH TRUST,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT A. LEE, D.M.D., d/b/a LIBERTY DENTAL CLINIC; and LIBERTY DENTAL CARE, P.C., an Oregon corporation,<br><br>        Defendants. | Civil No. 05-0361-TC<br><br>ORDER |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on November 14, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).

1   - ORDER

See also <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The corporate defendant's motion to dismiss (#4) is denied.

IT IS SO ORDERED.

DATED this __14th__ day of __Dec.__, 2005.

_____
Michael␣R.␣Hogan
UNITED STATES DISTRICT JUDGE