FILED'06 APR 04 11:01 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BOARD OF TRUSTEES OF THE PORTLAND
AREA UFCW LOCAL 555 EMPLOYERS
HEALTH TRUST,

          Plaintiff,

v.

ROBERT A. LEE, D.M.D., dba LIBERTY
DENTAL CLINIC; and LIBERTY DENTAL
CARE, P.C. an Oregon corporation,

          Defendants.

Civil No. 05-361-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on March 3, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this 3 day of April, 2006.

                    */s/ Ann Aiken*
                Ann Aiken, United States District Judge

Order -- Page 1