FILED'06 JUN 23 13:11USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PORTLAND AREA UFCW LOCAL 555 EMPLOYERS HEALTH TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. LEE, D.M.D, dba LIBERTY DENTAL CLINIC; and LIBERTY DENTAL CARE, P.C., an Oregon corporation, <br><br> Defendants. | Civil No. 05-361-TC <br><br> O R D E R |

 Magistrate Judge Coffin filed his Findings and Recommendation on June 6, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

 THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

 Dated this 23 day of June, 2006.

           _/s/ Ann Aiken_
           Ann Aiken, United States District Judge

Order -- Page 1